**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7805**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RODNEY BROWN,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CR-90-113, CA-97-444-3)

---

Submitted:  February 11, 1999       Decided:  February 25, 1999

---

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Rodney Brown, Appellant Pro Se.  James Brien Comey, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Brown seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We first note that Brown's § 2255 motion is successive and he failed to move in this court for authorization to file a successive § 2255 motion. See 28 U.S.C.A. §§ 2244, 2255 (West 1994 & Supp. 1998). Second, Brown's contention that counsel was ineffective because he failed to object to the amount of cocaine base attributed to Brown at sentencing is meritless because, as the district court correctly concluded, a co-conspirator is liable for "all reasonably fore-seeable acts and omissions of others in furtherance of the jointly undertaken criminal activity." U.S. Sentencing Guidelines Manual § 1B1.3(a)(1)(B) (1991); see also United States v. D'Anjou, 16 F.3d 604, 614 (4th Cir.), cert. denied, 512 U.S. 1242 (1994). Consequently, Brown has failed to show that counsel's conduct affected the outcome of his sentence. See Strickland v. Washington, 466 U.S. 668, 694 (1984). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2